IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARKEESE CORTEZ LAMAR,<br>A/K/A MARCUS TURNER<br>Defendant. | CRIMINAL CASE NO.<br>1:14-CR-00005-JEC-LTW |

### REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY[1]

The Defendant Markeese Cortez Lamar ("Defendant"), by consent, has appeared before the undersigned United States Magistrate Judge and has entered a plea of guilty to Count Five of the Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I have determined that the guilty plea was knowing and voluntary, and that the plea to the offense charged is supported by an independent basis in fact establishing each of the essential elements of the offense.

It is, therefore, **RECOMMENDED** that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

---

[1] Failure to file written objections to this Report and Recommendation within **FOURTEEN (14) DAYS** after service of a copy of this Report and Recommendation shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

IT IS SO RECOMMENDED this 11th day of August, 2014.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)