IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA    )
    )
    )    CRIMINAL ACTION FILE
v.    )
    )    NUMBER 1:14-cr-5-2-TCB
MARKEESE CORTEZ LAMAR,    )
    )
Defendant.    )

## O R D E R

This case is currently before the Court on Magistrate Judge Linda T. Walker's Report and Recommendation (the "R&R") [94] recommending accepting Defendant's plea of guilty tendered on August 11, 2014.  No objections to the R&R have been filed.

It is hereby ORDERED that the Court ADOPTS the Magistrate Judge's Report and Recommendation [94] and ACCEPTS the Defendant's plea of guilty as to Count Five of the Indictment.

Sentence is set for November 24, 2014 at 11:00 a.m. in Atlanta Courtroom 2106.

IT IS SO ORDERED this 3rd day of September, 2014.

Timothy C. Batten, Sr.
United States District Judge